# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Lexington Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

| | | |
|---|---|---|
| In re  Kyle J McKibben<br>Sarah A McKibben<br>2420 Poplar Grove Rd<br>Flemingsburg, KY 41041<br>2420 Poplar Grove Rd<br>Flemingsburg, KY 41041<br>aka/dba: Sarah Toller<br>       Sarah Beckett<br><br>Debtor(s) | Case No.<br><br>Chapter:<br><br>Trustee: | 22−50170−grs<br><br>13<br><br><br>Beverly M. Burden<br>PO Box 2204<br>Lexington, KY 40588<br>(859) 233−1527 |

## CHAPTER 13 ORDER TO DEBTOR

1) Within 14 days from the date of the filing of the petition, the debtor(s), by counsel, shall transmit the following    documents to the chapter 13 trustee via the trustee's document portal at https://documents.ch13edky.com, or by     email to documents@ch13edky.com:

   a) A copy of all deeds or contracts under which the debtor holds title to or any interest in real estate;

   b) A copy of all recorded mortgages on all real estate in which the debtor holds an interest (the copy must show the date on which the mortgage was recorded by the county clerk, the county in which the mortgage was recorded, and the property description);

   c) A copy of all Certificates of Title on which any debtor's name appears as owner (either individually or jointly) of any motor vehicle or manufactured (mobile) home which serves as security or was intended to serve as security for any loan;

   d) A copy of the debtor's last federal income tax return;

   e) A copy of paycheck stubs or equivalent documents issued by the debtor's employer showing the gross earnings and all deductions for at least 60 days before the filing of the petition.

2) If the debtor is not represented by an attorney, the debtor shall send copies (not originals) of the above−listed documents by mail to the trustee whose name and address appear above. The debtor's name and case number must be identified on each document or in a cover letter affixed to the documents.

3) The debtor is restrained and enjoined from selling, transferring, abandoning, releasing to creditors, or in any way disposing of property until further orders of the court.

4) Failure to timely comply with this order may result in the dismissal of the case.

5) Debtor(s) must present a valid photo identification at the Meeting of Creditors.

DATED: 3/5/22

By the court −

/s/Gregory R. Schaaf
Gregory R. Schaaf
U.S. Bankruptcy Judge