UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:

Kyle J McKibben
Sarah A McKibben
Debtors

SSN: _____

Case No.  22-50170

**ORDER VACATING PAYROLL DEDUCTION ORDER**

The Chapter 13 Trustee requests that the payroll deduction of plan payments for Kyle J McKibben in this case be stopped.  IT IS ORDERED:

The payroll deduction order previously entered, Court document # 10, in this case is hereby VACATED.  The employer, ENVIROFLIGT LLC, is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

cc:
Kyle J McKibben
2420 Poplar Grove Rd
Flemingsburg, KY  41041

PLUMMER, MICHAEL E.
Served Electronically Via ECF

Sarah A McKibben
9459 Mason Lewis Road
Maysville, KY  41056

ENVIROFLIGT LLC
ATTN: PAYROLL DEPARTMENT
118 PROGRESS WAY
MAYSVILLE, KY 41056

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, February 13, 2024**
(gsc)